AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> **V.** | United States District Court <br> Southern District of Texas <br> FILED <br><br> **AUG 0 2 2013** <br><br> **Clerk of Court** | **CRIMINAL COMPLAINT** <br><br> Case Number:    M-13-1373 -M |

**Oscar Mauricio Guerrero**
**A098 599 723**

AKA:

        IAE        YOB:        1971
**El Salvador**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____**July 31, 2013**_____ in ___**Hidalgo**___ County, in

the _____Southern_____ District of _____Texas_____

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) _____**1326**_____ **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Oscar Mauricio Guerrero was encountered by Border Patrol Agents near Mission, Texas on July 31, 2013. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 31, 2013, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 25, 2010, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 5, 2010, the defendant was convicted of Indecency With A Child, and was sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:         ☐ Yes   ☒ No

*Tiffany C. Leonard*
*Asst U.S. Attorney*

Sworn to before me and subscribed in my presence,                                     Signature of Complainant

**August 2, 2013**                                    9:00 a.m.   Jose Pena                    **Senior Patrol Agent**

**Peter E. Ormsby**        , U.S. Magistrate Judge
**Name and Title of Judicial Officer**                                        **Signature of Judicial Officer**